**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Francisco SANCHEZ–GOMORA, a/k/a Pedro Garcia, Pedro Iturbe Garcia, Francisco Gomora, Pedro Perez, Fernando Sanchex, Defendant—Appellant.**

No. 05–50140.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Decided July 28, 2006.

Becky S. Walker, Esq., Curtis A. Kin, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff-Appellee.

Liliana Coronado, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant-Appellant.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Francisco Sanchez–Gomora appeals from the 57–month sentence imposed after his guilty-plea conviction for one count of illegal entry, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291.

The district court did not err in applying an enhancement pursuant to 8 U.S.C. § 1326(b)(2) based on Sanchez–Gomora's prior aggravated felony conviction. The fact of a prior conviction does not need to be admitted by the defendant or proven to a jury beyond a reasonable doubt for purposes of sentencing. *See United States v. Booker*, 543 U.S. 220, 244, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005); *United States v. Weiland*, 420 F.3d 1062, 1080 n. 16 (9th Cir.2005) (noting the continuing vitality of *Almendarez–Torres v. United States*, 523 U.S. 224, 247, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998)).

Sanchez–Gomora's second contention, that the requirement he report to a probation officer within 72 hours of reentering

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

the country was imposed in violation of his Fifth Amendment right against self-incrimination, is also foreclosed. *See United States v. Rodriguez–Rodriguez,* 441 F.3d 767, 772 (9th Cir.2006).

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the reference to 8 U.S.C. § 1326(b)(2).

**AFFIRMED; REMANDED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.